UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
HYUK KEE YOO, a/k/a "KEITH YOO,"

                        Petitioner,                   21 **CIVIL** 6184 (CS)

      -against-                             **JUDGMENT**

UNITED STATES OF AMERICA,

                        Respondent.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated November 1, 2021, the petition for a writ of habeas corpus is denied; accordingly, the case is closed.

**DATED:** New York, New York
           November 1, 2021

                                            **RUBY J. KRAJICK**
                                                **Clerk of Court**
                         BY:
                                                  **Deputy Clerk**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/1/2021