UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- x
HYUK KEE YOO, a/k/a "KEITH YOO,"    :
                                     :
       Petitioner,              :     Case No.  7:21-cv-06184-CS
                                     :
vs.                                  :     **NOTICE OF APPEAL**
                                     :
UNITED STATES OF AMERICA,            :
                                     :
       Respondent.              :
------------------------------------------------- x

    NOTICE is hereby given that Petitioner Hyuk Kee Yoo, a/k/a "Keith Yoo," appeals to the United States Court of Appeals for the Second Circuit from the judgment entered on November 1, 2021 (the "Judgment") in this action by the Clerk of the United States District Court for the Southern District of New York, denying the petition for writ of habeas corpus filed by Mr. Yoo. This appeal is taken from the entirety of the Judgment and the Court's Opinion & Order dated November 1, 2021 referenced therein. A true and correct copy of the Judgment and the Court's Opinion & Order is annexed hereto as Exhibit A.

Dated: New York, New York
       November 1, 2021

                                          By: /s/ Paul Shechtman
                                               Paul Shechtman
                                               BRACEWELL LLP
                                               1251 Avenue of the Americas
                                               49th Floor
                                               New York, NY 10020
                                               212-508-6107
                                               paul.shechtman@bracewell.com

                                               Shawn P. Naunton
                                               ZUCKERMAN SPAEDER LLP
                                               485 Madison Avenue, 10th Floor
                                               New York, New York 10022
                                               Tel: (212) 704-9600
                                               snaunton@zuckerman.com

                                               *Attorneys for Petitioner Keith Yoo*