UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ x
HYUK KEE YOO, a/k/a "KEITH YOO,"     :
                                     :
      Petitioner,            :    Case No.  7:21-cv-06184-CS
                                     :
vs.                                  :    **NOTICE OF MOTION**
                                     :
UNITED STATES OF AMERICA,            :
                                     :
      Respondent.            :
------------------------------------------------ x

      **PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law and the supporting documents submitted therewith, Petitioner Hyuk Kee Yoo, a/k/a "Keith Yoo," will move this Court before the Honorable Cathy Seibel, United States District Judge, at the United States Courthouse, 300 Quarropos Street, White Plains, New York 10601, at a date and time to be determined by the Court, for an order staying Mr. Yoo's extradition to the Republic of South Korea pending his appeal to the United States Court of Appeals for the Second Circuit from the Court's denial of his petition for a writ of habeas corpus.

Dated: New York, New York
       November 10, 2021

                                        By: /s/ Paul Shechtman
                                                Paul Shechtman
                                                BRACEWELL LLP
                                                1251 Avenue of the Americas
                                                49th Floor
                                                New York, NY 10020
                                                212-508-6107
                                                paul.shechtman@bracewell.com

                                                Shawn P. Naunton
                                                ZUCKERMAN SPAEDER LLP
                                                485 Madison Avenue, 10th Floor
                                                New York, New York 10022
                                                Tel: (212) 704-9600
                                                snaunton@zuckerman.com

                                                *Attorneys for Petitioner Keith Yoo*